**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| LORI WISENBAKER, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CASE NO.: 7:23-cv-48 (WLS) |
| | : |
| KLS FINANCIAL SERVICES, INC, | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Presently before the Court is the Plaintiff's Notice of Settlement, stating that a settlement has been reached in the above referenced action. (Doc. 3.) To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file the appropriate dismissal document(s) **no later than Wednesday, July 26, 2023**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

**SO ORDERED**, this 26th day of June 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1