IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LORI WISENBAKER, | : |
| Plaintiff, | : |
| v. | : |
| | : Case No.: 7:23-CV-48 (WLS) |
| KLS FIN. SERV. INC., | : |
| Defendant. | : |

### ORDER

Presently before the Court is Plaintiff Wisenbaker's Notice of Voluntary Dismissal, filed on June 29, 2023. (Doc. 5). Therein, Plaintiff cites to Rule 41(a)(1)(A)(i)[i] of the Federal Rules of Civil Procedure to dismiss the instant action against Defendant, KLS Financial Services, Inc., with prejudice. (*Id.*)

For the purpose of completing the record, the Court acknowledges and **CONFIRMS** Plaintiff's Notice. (*Id.*) The above-captioned action is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this __8th__ day of August 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[i] (a) Voluntary Dismissal.
    (1) By the Plaintiff.
        (A)... [T]he Plaintiff may dismiss an action without a court order by filing:
            (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]
FED. R. CIV. P. 41(a)(1)(A)(i).